IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-CR-00290-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHANG SU,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about May 24, 2021, in the State and District of Colorado, the defendant, CHANG SU, did knowingly and intentionally use a communication facility, that is, an internet-based chat program, in committing and causing and facilitating the commission of a drug trafficking felony, that is, attempted possession with intent to distribute a mixture and substance containing a detectable amount of ketamine, a Schedule III controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(E)(i), and 846.

All in violation of Title 21, United States Code, Section 843(b).

### Forfeiture Allegation

As a result of committing the violation of Title 21, United States Code, Section 843(b), alleged in Count One of this Information, the defendant, CHANG SU, shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real

or personal, constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

    A.    cannot be located upon the exercise of due diligence;
    B.    has been transferred to sold to or deposited with a third person;
    C.    has been placed beyond the jurisdiction of this Court;
    D.    has been substantially diminished in value; or
    E.    has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail: andrea.surratt@usdoj.gov
Attorney for Government