| | |
|---|---|
| **DEFENDANT:** | CHANG SU |
| **AGE or YOB:** | 1993 |
| **COMPLAINT FILED?** | _____ Yes    ____x___ No |
| | If Yes, MAGISTRATE CASE NUMBER: |
| | Criminal case number |

**HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?**   __ Yes   _x_ No
    If No, a new warrant is required

| | |
|---|---|
| **OFFENSE(S):** | Count 1:  21 U.S.C. § 843(b) (unlawful use of a communications facility) |
| **LOCATION OF OFFENSE:** | Arapahoe County, Colorado |
| **PENALTY:** | Counts 1:  NMT 4 years imprisonment; NMT 1 year SR; NMT $250,000 fine; $100 SA |
| **AGENT:** | SA Daviz Pham, HSI |
| **AUTHORIZED BY:** | Andrea Surratt<br>Assistant U.S. Attorney |

**ESTIMATED TIME OF TRIAL:**

 X_  five days or less; __ over five days


**THE GOVERNMENT**

 X_  will NOT seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.