# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-290-RM

UNITED STATES OF AMERICA,

         Plaintiff,

v.

1. CHANG SU

         Defendant.

---

## ENTRY OF APPEARANCE BY ATTORNEY LISA A. POLANSKY ON BEHALF OF DEFENDANT CHANG SU

---

      Lisa A. Polansky, Attorney at Law, hereby enters her appearance on behalf of Defendant Chang Su.

DATED September 30, 2022.         Respectfully Submitted,

                                          s/Lisa A. Polansky
                                          Lisa A. Polansky, Attorney
                                          Polansky Law Firm, PLLC
                                          4999 Pearl East Circle, Suite 201
                                          Boulder, Colorado 80301
                                          Phone: (303) 415-2583
                                          Email: lisa@polanskylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

<u>s/Lisa A. Polansky</u>