IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-290-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. CHANG SU.

        Defendant.

---

**DEFENDANT CHANG SU'S NOTICE OF DISPOSITION**

---

Defendant, Chang Su, by and through his counsel, Lisa A. Polansky, Attorney at Polansky Law Firm, PLLC, hereby notifies this Court that the parties have reached a disposition in this matter and Mr. Su requests a change of plea hearing be set herein.

DATED October 3, 2022.

Respectfully Submitted,

s/Lisa A. Polansky
Lisa A. Polansky, Attorney
Polansky Law Firm, PLLC
4999 Pearl East Circle, Suite 201
Boulder, Colorado 80301
Phone: (303) 415-2583
Email: lisa@polanskylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

<u>s/Lisa A. Polansky</u>