IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 22-cr-00290-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHANG SU,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING
---

    Pursuant to the Notice of Disposition filed on October 3, 2022 (ECF No. 10), a Change of Plea Hearing is set for **November 2, 2022** at **3:00 p.m.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) not later than 72 hours before the change of plea hearing**.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  See D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

    DATED this 4th day of October, 2022.

                                                  BY THE COURT:

                                                  _____
                                                  RAYMOND P. MOORE
                                                  United States District Judge