**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:   Meghan Smotts<br>Court Reporter:   Tammy Hoffschildt<br>Probation:   n/a | Date: November 2, 2022<br>Interpreter:   n/a |

**CASE NO.   22-cr-00290-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| Chang Su, | Lisa Polansky |
| Defendant. | |

**COURTROOM MINUTES**

**CHANGE OF PLEA
COURT IN SESSION:        2:59 p.m.**

Appearances of counsel.   Defendant is present on bond.

Defendant is sworn and answers true name.   Defendant is 29 years old.

Discussion held regarding clarification of differing signatures of Defendant on plea documents.

**EXHIBITS:**   Plea documents received.

Defendant waives reading of the Information.

Defendant pleads GUILTY to Count 1 of the Information.

Defendant advised of maximum penalties.

Discussion held regarding certain terms of the plea agreement.

Defendant's right to trial by jury and other constitutional rights explained.

The Court states findings and conclusions, accepts plea of guilty, and defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:** The Probation Department **shall** conduct an independent factual investigation in this case.

**ORDERED:** Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:** Sentencing is set for **January 20, 2023 at 3:00 p.m.**

**ORDERED:** Any information, release, data, or material provided to the Probation Department by the defendant shall be used by the Probation Department only for the preparation of the report and for no other purposes without further order from the Court.

**ORDERED:** Defendant is continued on bond.

**COURT IN RECESS:**    3:36 p.m.
**Total in court time:**    00:37
**Hearing concluded.**