# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  Ryan Kinsella | Date:  January 20, 2023<br>Interpreter:  n/a |

**CASE NO.   22-cr-00290-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| CHANG SU, | Lisa Polansky |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**Court in session:   3:01 p.m.**

Appearances of counsel.   Defendant is present and on bond.

Defendant entered his plea on November 2, 2022, to Count 1 of the Information.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding the pending motion.

**ORDERED:**   Government's motion (Doc. 22) is denied as moot and interpreted by the Court as a sentencing request.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, CHANG SU, is hereby sentenced to a term of probation of **two (2) years.**

**ORDERED:** While on probation, the defendant shall comply with all mandatory conditions of probation as required by law, all standard conditions of probation as required by this Court, and the special conditions of probation as stated on the record.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Defendant shall pay a **fine** of $100.

**ORDERED:** Defendant shall forfeit to the United States the $8,000 seized on May 25, 2021.

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Bond is exonerated.

**Court in recess:** 3:33 p.m.
Hearing concluded.
Total time: 0:32